**DISMISSED; Opinion Filed March 19, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00242-CV

**ANGELINA ARREDONDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL CANALES ARREDONDO, DECEASED AND AS NEXT FRIEND OF LEIA ARREDONDO, A MINOR, Appellants**

**V.**

**BRENDON JOHN BAIRD, PA-C, JOHN TIMOTHY TRACY, M.D., BAYLOR ALL SAINTS MEDICAL CENTER D/B/A BAYLOR SCOTT & WHITE ALL SAINTS MEDICAL CENTER - FORT WORTH, AND BAYLOR HEALTH CARE SYSTEM D/B/A BAYLOR SCOTT & WHITE HEALTH, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07257**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellants' unopposed motion to dismiss this appeal. Appellants have informed the Court that the district clerk forwarded their "Notice of Mandamus Appeal" to this Court in error. Accordingly, we grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190242F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANGELINA ARREDONDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL CANALES ARREDONDO, DECEASED AND AS NEXT FRIEND OF LEIA ARREDONDO, A MINOR, Appellants

No. 05-19-00242-CV          V.

BRENDON JOHN BAIRD, PA-C, JOHN TIMOTHY TRACY, M.D., BAYLOR ALL SAINTS MEDICAL CENTER D/B/A BAYLOR SCOTT & WHITE ALL SAINTS MEDICAL CENTER - FORT WORTH, AND BAYLOR HEALTH CARE SYSTEM D/B/A BAYLOR SCOTT & WHITE HEALTH, Appellees

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-16-07257.
Opinion delivered by Justice Carlyle. Justices Bridges and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees BRENDON JOHN BAIRD, PA-C, JOHN TIMOTHY TRACY, M.D., BAYLOR ALL SAINTS MEDICAL CENTER D/B/A BAYLOR SCOTT & WHITE ALL SAINTS MEDICAL CENTER - FORT WORTH, AND BAYLOR HEALTH CARE SYSTEM D/B/A BAYLOR SCOTT & WHITE HEALTH recover their costs of this appeal from appellants ANGELINA ARREDONDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL CANALES ARREDONDO, DECEASED AND AS NEXT FRIEND OF LEIA ARREDONDO, A MINOR.

Judgment entered this 19th day of March, 2019.